The People of the State of New York ex rel. Joseph Scarola, Appellant, *v.* Joseph H. Brophy, as Warden of Auburn State Prison, Respondent.

Submitted October 7, 1938; decided October 25, 1938.

*Joseph Scarola,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.